THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Antonio D.
 Barton, Appellant.
 
 
 
 
 

Appeal From Richland County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2010-UP-327
 Submitted June 1, 2010  Filed June 24,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Christina J. Catoe, and Solicitor
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Antonio D. Barton appeals his
 convictions for first-degree burglary, kidnapping, assault and battery of a
 high and aggravated nature, and attempted armed robbery.  Barton argues the
 State's closing argument offended his due process rights.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority:  State v. Turner, 373 S.C. 121, 126 n.1, 644 S.E.2d 693, 696
 n.1 (2007) (holding in order for an issue to be preserved for review, it must
 have been raised to and ruled upon by the trial court).  
AFFIRMED.
HUFF, SHORT,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.